IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00023-MOC-DSC

| | |
|---|---|
| **DEBRA BRUCKART,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EQUIFAX INFORMATION SERVICES** )<br>**LLC. et. al.,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Kearstin Harumi Sale]" (document #23) filed July 1, 2020. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Max O. Cogburn, Jr</u>.

**SO ORDERED**.

Signed: July 2, 2020

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge